31 A.3d 620

IN THE MATTER OF MICHAEL WILLIAM KWASNIK, AN
ATTORNEY AT LAW (ATTORNEY NO. 017911994).

December 7, 2011.

## ORDER TO SHOW CAUSE

The Office of Attorney Ethics having filed with the Court a
petition pursuant to *Rule* 1:20–11, seeking the immediate tempo-
rary suspension of **MICHAEL WILLIAM KWASNIK** of **CHER-
RY HILL,** who was admitted to the bar of this State in 1994, and
good cause appearing;

It is ORDERED that the petition is granted and **MICHAEL
WILLIAM KWASNIK** is temporarily suspended from the prac-
tice of law, effective immediately and until the further Order of
this Court; and it is further

ORDERED that **MICHAEL WILLIAM KWASNIK** be re-
strained and enjoined from practicing law during the period of his
suspension; and it is further

ORDERED that **MICHAEL WILLIAM KWASNIK** show
cause before this Court on January 18, 2012, at 2:00 p.m. in the
Supreme Court courtroom, Hughes Justice Complex, Trenton,
why the temporary suspension and the restraints imposed herein
should not continue pending the conclusion of the ethics proceed-
ings against him; and it is further

ORDERED that the Director of the Office of Attorney Ethics
or his designee present this matter to the Court; and it is further

ORDERED that all funds, if any, currently existing or hereinaf-
ter deposited in any New Jersey financial institution maintained
by **MICHAEL WILLIAM KWASNIK** pursuant to *Rule* 1:21–6 be
restrained from disbursement except on application to this Court
for good cause shown, pending the further Order of this Court;
and it is further

ORDERED that **MICHAEL WILLIAM KWASNIK** comply with *Rule* 1:20-20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.